JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE INLAND EMPIRE IBEW-NECA DEFINED CONTRIBUTION TRUST FUND; BOARD OF TRUSTEES OF THE IBEW-NECA HEALTH PLAN; BOARD OF TRUSTEES OF THE RIVERSIDE COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE LOCAL 477, I.B.E.W.-SOUTHERN SIERRAS CHAPTER, N.E.C.A. EDUCATIONAL AND TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE INLAND EMPIRE IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST; BOARD OF TRUSTEES OF THE ADMINISTRATIVE MAINTENANCE FUND; LOCAL UNION NO. 440 INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS; LOCAL UNION NO. 477 INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, | Case No. 5:26-cv-0187 JGB (SPx) **JUDGMENT** |

      Plaintiffs,

    v.

AC PROFESSIONAL ELECTRIC, INC., a California corporation,

      Defendant.

Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of the Motion for Default Judgment filed by Plaintiffs, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Plaintiffs' Motion for Default Judgment is **GRANTED**;

2. Judgment is entered in favor of Plaintiffs and against Defendant AC Professional Electric, Inc. on Plaintiffs' allegations of Breach of Written Collective Bargaining Agreements and Related Trust Agreements and Violation of Section 515 of the Employee Retirement Income Security Act;

3. Plaintiffs are **AWARDED**:

   a. $171,032.14 in damages and interest

   b. $7,020.64 in attorneys' fees

   c. $530.33 in costs;

4. Plaintiffs are **ORDERED** to mail a copy of this Judgment and the Order concurrently filed therewith to Defendant.  Plaintiffs shall file a Proof of Service with the Court within **ten days** of the date of this Judgment.

**IT IS SO ORDERED.**

Dated: June 3, 2026

THE HONORABLE JESUS G. BERNAL
United States District Judge

2